**EXHIBIT B**

**DISPOSITION OF ESTATE PROPERTY**

| Scheduled Property and Disposition | Amount Realized |
|---|---|
| See Form 1 | 80,000.00 |

| Unscheduled Property | Amount Realized |
|---|---|
| See Forms 1 & 2, attached hereto | 1,597.22 |

|  |  |
|---|---|
| TOTAL RECEIPTS | $ 81,597.22 |
| TOTAL SCHEDULED VALUE OF PROPERTY ABANDONED | $ 0.00 |
| TOTAL SCHEDULED VALUE OF EXEMPT PROPERTY | $ 135,072.81 |

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 1

| Case Number: | 05-45970 ABG | Trustee: | (330290) ILENE F. GOLDSTEIN |
|---|---|---|---|
| Case Name: | O'HARA, RONALD | Filed (f) or Converted (c): | 10/07/05 (f) |
| | O'HARA, JOANNE | §341(a) Meeting Date: | 11/15/05 |
| Period Ending: | 09/30/08 | Claims Bar Date: | |

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) abandon.<br>DA=§554(c) abandon. | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | RESIDENCE | 400,000.00 | 0.00 | | 80,000.00 | FA |
| 2 | BANK ACCOUNTS | 500.00 | 0.00 | | 0.00 | FA |
| 3 | HOUSEHOLD GOODS AND FURNISHINGS | 1,800.00 | 0.00 | | 0.00 | FA |
| 4 | WEARING APPAREL AND JEWELRY | 500.00 | 300.00 | | 0.00 | FA |
| 5 | INTERESTS IN INSURANCE POLICIES | 0.00 | 0.00 | | 0.00 | FA |
| 6 | INTERESTS IN INSURANCE POLICIES: AVONDALE | 12,500.00 | 0.00 | | 0.00 | FA |
| 7 | INTERESTS IN INSURANCE POLICIES: PRINCIPAL FINAN | 0.00 | 0.00 | | 0.00 | FA |
| 8 | PENSION PLANS AND PROFIT SHARING: VRANAS | 91,872.81 | 0.00 | | 0.00 | FA |
| 9 | STOCK AND BUSINESS INTERESTS: 51% AVONDALE ROOF | 0.00 | 0.00 | | 0.00 | FA |
| 10 | SOCIAL SECURITY MONTHLY INCOME | Unknown | Unknown | | 0.00 | FA |
| Int | INTEREST  (u) | Unknown | N/A | | 1,597.22 | Unknown |
| 11 | **Assets**   **Totals** (Excluding unknown values) | **$507,172.81** | **$300.00** | | **$81,597.22** | **$0.00** |

**Major Activities Affecting Case Closing:**

STATUS: THE TRUSTEE ADVANCED A COMPLICATED MARTIALLING THEORY ON LIFE INSURANCE AND INTEREST IN HOMESTEAD AND NEGOTIATED  A SETTLEMENT.  SHE IS NOW DEALING WITH CLAIMS, TAXES AND IS CLOSING THE ESTATE.

Page: 2

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 05-45970 ABG  
**Case Name:** O'HARA, RONALD  
O'HARA, JOANNE  
**Period Ending:** 09/30/08

**Trustee:** (330290)    ILENE F. GOLDSTEIN  
**Filed (f) or Converted (c):** 10/07/05 (f)  
**§341(a) Meeting Date:** 11/15/05  
**Claims Bar Date:**

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br><br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) abandon.<br>DA=§554(c) abandon. | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|

**Initial Projected Date Of Final Report (TFR):** March 31, 2008  **Current Projected Date Of Final Report (TFR):** October 31, 2008