**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | Case No. 05-45970 |
| | ) | |
| Ronald and Joanne O'Hara | ) | Chapter 7 |
| | ) | |
| Debtors | ) | Hon. A. Benjamin Goldgar |

### ORDER ALLOWING FINAL COMPENSATION AND REIMBURSEMENT OF EXPENSES OF THE LAW OFFICES OF ILENE F. GOLDSTEIN, CHARTERED, ATTORNEYS FOR THE TRUSTEE

This matter coming to be heard upon the **Final Application for Allowance of Compensation and Reimbursement of Expenses of the Law Offices of Ilene F. Goldstein, Chartered Attorneys for the Trustee,** the Trustee having filed an application seeking $6,399.50 in fees and $92.14 in expenses, due notice having been given and the Court being fully advised in the premises;

**IT IS HEREBY ORDERED:**

Law Offices of Ilene F. Goldstein, Chartered is hereby awarded and the Trustee is directed to pay final compensation in the amount of $6,399.50 for the actual, necessary and valuable professional services rendered to the Trustee and $92.14 in expenses for the period of March 11, 2006 through October 31, 2008.

IFG Chtd. previously awarded interim attorneys' fees for services rendered during the period November 15, 2005 through March 10, 2006 in the amount of $13,600.00 and $148.40 for reimbursement of expenses incurred in connection with its legal services are hereby awarded as final compensation..

Dated: _____   ENTER:

_____
HON. A. Benjamin Goldgar

Ilene F. Goldstein
Law Offices of Ilene F. Goldstein, Chartered
850 Central Ave., Suite 200
Highland Park, Illinois 60035
(847) 926-9595