# Jodi E. Gimbel, P.C.
CERTIFIED PUBLIC ACCOUNTANTS AND CONSULTANTS

555 Skokie Blvd., Suite 260, Northbrook, IL 60062
Office: 847.504.0190 • Fax: 847.498.9073
E-Mail: jgimbel@gimbelcpa.com

## INVOICE

Ilene Goldstein, Trustee  
Law Offices of Ilene F. Goldstein, Chartered  
850 Central Street  
Suite 200  
Highland Park, IL  60035

July 6, 2007

Re: Ron and Joanne O'hara  
Case No 05-45970 ABG

For services provided through July 6, 2007  
as follows:

| Date | Description | Person | Hours | Rate | Total |
|---|---|---|---|---|---|
| 6/20/2007 | Meeting to review file and determine tax filing requirements and status of missing information | J. Gimbel | 0.30 | 175.00 | 52.50 |
| 6/29/2007 | Review file and analasis of bulk sale of asset transaction including allocation of purchase price, determination of basis and tax consequences. | J. Gimbel | 4.40 | 175.00 | 770.00 |
| 7/3/2007 | Preparaton of 2006 federal and state income tax returns | J. Gimbel | 3.20 | 175.00 | 560.00 |
| 7/6/2007 | Discussion with Trustee regarding allocation of proceeds and tax consequences and final preparation of tax returns | J. Gimbel | 2.70 | 175.00 | 472.50 |
| 7/6/2007 | Preparation of Power of Attorney forms for federal and Illinois expedited audit requests | J. Gimbel | 0.30 | 175.00 | 52.50 |
| | Out of Pocket Costs for computer charges for tax preparation | | | | 72.00 |
| | Postage | | | | 4.85 |
| | **TOTAL** | | | | **$1,984.35** |