UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 |
| | ) | |
| O'HARA, RONALD, | ) | CASE NO.  05 B 45970 |
| O'HARA, JOANNE, | ) | |
| | ) | |
| | ) | |
| DEBTORS. | ) | HON.  A. BENJAMIN GOLDGAR. |

**NOTICE OF FILING OF U.S. TRUSTEE'S**
**CERTIFICATE OF REVIEW OF TRUSTEE'S FINAL REPORT**

**To:**   **Ilene F. Goldstein, Esq.**
       **Attorneys at Law**
       **850 central Avenue**
       **Suite 200**
       **Highland Park, IL 60035**
       **Registrant's e-mail: Ifgoldstein@aol.com**

    **Please Take Notice** that on **November 20, 2008**, the United States Trustee for the Northern District of Illinois filed with the Clerk of the United States Bankruptcy Court for the Northern District of Illinois the U.S. Trustee's Certificate of Review of the Trustee's Final Report, a copy of which is herewith served upon you.

    The United States Trustee has reviewed the Trustee's Final Report in accordance with the standards set forth in the Memorandum of Understanding dated April 1, 1999, and has no objection to the Trustee's Final Report.

                                                           WILLIAM T. NEARY
                                                           UNITED STATES TRUSTEE

DATED: November 20, 2008                        BY: /s/ Dean C. Harvalis
                                                           Dean C. Harvalis, Assistant U.S. Trustee
                                                           OFFICE OF THE U.S. TRUSTEE
                                                           219 South Dearborn Street, Room 873
                                                           CHICAGO, ILLINOIS  60604
                                                           (312) 886-5783

**CERTIFICATE OF SERVICE**

    I, Dean C. Harvalis, an attorney, state that pursuant to Section II, B, 4 of the Administrative Procedures for the Case Management/Electronic Case Filing System, service on the Trustee of the above Notice of Filing of U.S. Trustee's Certificate of Review of Trustee's Final Report was accomplished through the Court's Electronic Notice for Registrants on November 20, 2008.

                                                           /s/ Dean C. Harvalis