**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| IN RE:<br>O'HARA, RONALD<br>O'HARA, JOANNE<br><br>Debtor(s) | CHAPTER 7 CASE<br><br>CASE NO. 05-45970 ABG<br><br>JUDGE A. Benjamin Goldgar |

**NOTICE OF FILING OF THE TRUSTEE'S FINAL REPORT, HEARING ON APPLICATIONS
FOR COMPENSATION, AND HEARING ON THE ABANDONMENT
OF PROPERTY BY THE TRUSTEE**

TO: the Debtor(s), Creditors, and other Parties in Interest:

1. NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation. A hearing will be held.
   At: U.S. BANKRUPTCY COURT sitting at the **Park City Branch Court** located at **301 Greenleaf Avenue, Park City, Illinois** in **Courtroom B** or any other Court Room which may be assigned before the Honorable A. Benjamin Goldgar
   on: **January 9, 2009**
   at: **2:00 p.m.**

2. The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses and any objections to the pending applications and transacting such other business as may be properly noticed before the Court. ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT IS NOT REQUIRED.

3. The Trustee's Final Report shows total:

   a. Receipts                              $        81,597.222

   b. Disbursements                         $        15,804.52

   c. Net Cash Available for Distribution   $        65,792.70

4. Applications for Chapter 7 fees and administrative expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses Now Requested |
|---|---|---|---|
| ILENE F. GOLDSTEIN<br>(Trustee Fees) | 0.00 | $7,329.86 | |
| LAW OFFICES OF ILENE F. GOLDSTEIN, CHARTERED<br>(Trustee's Firm Legal Fees) | 13,600.00 | $6,399.50 | |
| LAW OFFICES OF ILENE F. GOLDSTEIN, CHARTERED<br>(Trustee's Firm Legal Expenses) | 148.40 | | $92.14 |
| Jodi E. Gimbel,P.C.<br>(Trustee's Accountant Fees) | 1,865.90 | | 41.60 |
| Jodi E. Gimbel,P.C.<br>(Trustee's Accountant Expenses) | 76.85 | | $0.00 |

5. In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in full for there to be any dividend to general unsecured creditors. The priority dividend is anticipated to be 0.00%.

Allowed priority claims are:

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|
| | None | $      0.00 | $      0.00 |

6. Claims of general unsecured creditors totaling $121,758.58 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The general unsecured dividend is anticipated to be 5.71%.

Allowed general unsecured claims are as follows:

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|
| 2 | Avondale Roofing, Inc. | $ 153,942.00 | $ 16,384.00 |
| 3 | eCast Settlement Coporation as assignee for Chase Bank USA, N.A. | $ 17,188.51 | $ 1,829.37 |
| 4 | Ecast Settlement Coporation as assignee for Chase Bank USA, N.A.. | $ 34,667.55 | $ 3,689.66 |
| 5 | Chase Bank USA, N.A. | $ 20,062.19 | $ 2,135.21 |
| 6 | eCast Settlement Corporation as assignee for Chase Bank USA, N.A. | $ 33,206.16 | $ 3,534.12 |
| 7 | eCast Settlement Corporation as assignee for Chase Bank USA, N.A. | $ 8,639.03 | $ 919.45 |
| 8 | Target National Bank (f.k.a Retailers National Bank) | $ 11,204.22 | $ 1,192.45 |
| 9 | American Express Bank, FSB | $ 30,862.13 | $ 3,284.65 |
| 10 | American Express Bank, FSB | $ 4,328.37 | $ 460.67 |
| 11 | American Express Bank Travel Related Svcs Co. , | $ 18,224.40 | $ 1,939.62 |
| 12 | Citibank USA NA | $ 19,537.45 | $ 2,079.36 |
| 13 | MBNA America bank NA | $ 60,872.28 | $ 6,478.62 |
| 14 | Advanta Bank Corp. | $ 22,123.66 | $ 2,354.61 |
| 15 | Citibank (South Dakota) NA | $ 11,393.94 | $ 1,212.65 |
| 16 | Citibank (South Dakota) NA | $ 21,847.70 | $ 2,325.24 |
| 17 | Citibank (South Dakota) NA | $ 19,721.99 | $ 2,099.01 |

7. Proposed dividends are approximations. Actual dividends may differ due to interest accrual, fee reductions, or as ordered by the Court.

8. The Trustee's Final Report and all applications for compensation are available for inspection at the office of the Clerk of the Bankruptcy Court, Dirksen Federal Courthouse, 219 S. Dearborn Street, 7th Floor, Chicago, Illinois 60604, or may be viewed on the Court's web site, *www.ilnb.uscourts.gov*. If no objections are filed, the Court will act on the fee application(s) and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure 3009 without further order of Court.

9. Debtor has been discharged.

10. The Trustee proposed to abandon the following property at the hearing: none.

Dated: **December 8, 2008**     For the Court

By: **KENNETH S. GARDNER**
Kenneth S. Gardner
Clerk of the United States Bankruptcy Court
219 S. Dearborn Street; 7th Floor
Chicago, IL 60604

Trustee: ILENE F. GOLDSTEIN
Address: Law Offices of Ilene F. Goldstein, Chartered
850 Central Ave.
Suite 200
Highland Park, Illinois 60035, Telephone # (847) 926-9595

# CERTIFICATE OF NOTICE

```
District/off: 0752-1          User: amcc7                 Page 1 of 1                   Date Rcvd: Dec 08, 2008
Case: 05-45970                Form ID: pdf002             Total Served: 33

The following entities were served by first class mail on Dec 10, 2008.
db          +Ronald O'Hara,    600 Calais Circle,    Highland Park, IL 60035-3905
jdb         +Joanne O'Hara,    600 Calais Circle,    Highland Park, IL 60035-3905
aty         +Abraham Brustein,    Dimonte & Lizak, LLC,    216 W. Higgins Road,    Park Ridge, IL 60068-5706
aty         +Ilene F Goldstein,    Ilene F Goldstein Chartered,    850 Central Avenue,    Suite 200,
              Highland Park, IL 60035-3278
aty         +Julia E Jensen,    Dimonte & Lizak, LLC,    216 West Higgins Road,    Park Ridge, IL 60068-5706
tr          +Ilene F Goldstein, ESQ,    Law Offices of Ilene F. Goldstein,    850 Central Ave,    Ste 200,
              Highland Park, IL 60035-3278
10030255    +ABN AMRO Mortgage,    4242 N. Harlem Avenue,    Norridge, IL 60706-1283
10030260     AT&T Universal,    P.O. Box 44167,    Jacksonville, FL 32231-4167
10030256    +Advanta Bank Corp.,    c/o Welsh & McKean Roads,    Pob 844,    Spring House PA 19477-0844
10030258    +American Express Bank, FSB,    c/o Becket & Lee LLP,    Pob 3001,    Malvern PA 19355-0701
10030259     American Express Blue,    P.O. Box 7863,    Fort Lauderdale, FL 33329-7863
10700678     American Express Travel Related Svcs Co,    Inc Corp Card,    c/o Becket and Lee LLP,    POB 3001,
              Malvern PA 19355-0701
10030257    +American Travel Express Related Svcs Co In,    c/o Becket & Lee, LLP,    Pob 3001,
              Malvern PA 19355-0701
10630491    +Avondale Roofing, Inc.,    c/o Miriam R. Stein, Esq.,    Arnstein & Lehr LLP,
              120 S. Riverside Plaza, Suite 1200,    Chicago, IL 60606-3910
10030261     Bank of America,    P.O. Box 1758,    Newark, NJ 07101-1758
10030262     Bank of America,    P.O. Box 2463,    Spokane, WA 99210-2463
10030263    +Brickyard Bank,    6676 N. Lincoln Avenue,    Lincolnwood, IL 60712-3621
10030264     Capital One,    P.O. Box 30285,    Salt Lake City, UT 84130-0285
10030265     Capital One Services,    P.O. Box 85015,    Richmond, VA 23285-5015
10030266     Chase,    P.O. Box 15153,    Wilmington, DE 19886-5153
10667951    +Chase Bank USA, N.A.,    c/o Weinstein & Riley, P.S.,    2101 4th Avenue, Suite 900,
              Seattle, WA 98121-2339
10030267     Chase Credit Card Services,    P.O. Box 15153,    Wilmington, DE 19886-5153
10030268     Citi Cards,    P.O. Box 688904,    Des Moines, IA 50368-8904
10030269    +Citi Platinum Select Card,    P.O. Box 6000,    The Lakes, NV 89163-0001
10030271    +Citibank (South Dakota), N.A.,    Citibank/Choice,    Exception Payment Processing,    Pob 6305,
              The Lakes, NV 88901-6305
10030270    +Citibank USA NA,    PO Box 182149,    Columbus, OH 43218-2149
10030272    +MBNA America Bank NA,    Mailstop DE5-014-02-03,    Pob 15168,    Wilmington DE 19850-5168
10030273     Sears,    P.O. Box 182156,    Columbus, OH 43218-2156
10030274     Target National Bank,    P.O. Box 59317,    Minneapolis, MN 55459-0317
10676352    +Target National Bank (f.k.a. Retailers National Ba,    TARGET VISA,    c/o Weinstein & Riley, P.S.,
              2101 Fourth Ave., Suite 900,    Seattle, WA 98121-2339
10030275     US Bank,    Cardmember Service,    P.O. Box 6353,    Fargo, ND 58125-6353
10030276     Wells Fargo,    P.O. Box 54349,    Los Angeles, CA 90054-0349
11154778     eCAST Settlement Corporation,    POB 35480,    Newark NJ 07193-5480

The following entities were served by electronic transmission.
NONE.                                                                                                TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Dec 10, 2008**                              **Signature:** *Joseph Speetjens*