# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| In re: O'HARA, RONALD<br>O'HARA, JOANNE<br><br>Debtor(s) | § Case No. 05-45970<br>§<br>§<br>§ |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

   ILENE F. GOLDSTEIN, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

   1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

   2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: 100.00 | Assets Exempt: 135,072.81 |
| Total Distribution to Claimants: 51,947.31 | Claims Discharged Without Payment: 589,623.85 |
| Total Expenses of Administration: 29,667.62 | |

   3) Total gross receipts of $ 81,614.93 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $81,614.93 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (4/1/2009)**

|  | **CLAIMS SCHEDULED** | **CLAIMS ASSERTED** | **CLAIMS ALLOWED** | **CLAIMS PAID** |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $425,533.00 | $247,292.56 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 29,667.62 | 29,667.62 | 29,667.62 |
| PRIOR CHAPTER ADMIN. FFES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 479,618.53 | 487,821.61 | 487,821.61 | 51,947.31 |
| **TOTAL DISBURSEMENTS** | $905,151.53 | $764,668.42 | $517,375.86 | $81,501.56 |

4) This case was originally filed under Chapter 7 on October 07, 2005. . The case was pending for 43 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8** . The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9** .

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 05/04/2009          By: **/s/ILENE F. GOLDSTEIN**
                                              Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (4/1/2009)**

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT RECEIVED |
|---|---|---|
| RESIDENCE | 1110-000 | 80,000.00 |
| Interest Income | 1270-000 | 1,614.93 |
| **TOTAL GROSS RECEIPTS** | | **$81,614.93** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| N/A | | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Brickyard Bank | 4110-000 | 245,000.00 | 247,292.56 | 0.00 | 0.00 |
| ABN AMRO MORTGAGE | 4110-000 | 180,533.00 | N/A | 0.00 | 0.00 |
| **TOTAL SECURED CLAIMS** | | **$425,533.00** | **$247,292.56** | **$0.00** | **$0.00** |

**UST Form 101-7-TDR (4/1/2009)**

### EXHIBIT 4 −CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| ILENE F. GOLDSTEIN | 2100-000 | N/A | 7,329.86 | 7,329.86 | 7,329.86 |
| LAW OFFICES OF ILENE F. GOLDSTEIN, CHARTERED | 3110-000 | N/A | 19,999.50 | 19,999.50 | 19,999.50 |
| LAW OFFICES OF ILENE F. GOLDSTEIN, CHARTERED | 3120-000 | N/A | 240.54 | 240.54 | 240.54 |
| Jodi E. Gimbel,P.C. | 3420-000 | N/A | 1,907.50 | 1,907.50 | 1,907.50 |
| Jodi E. Gimbel,P.C. | 3420-000 | N/A | 76.85 | 76.85 | 76.85 |
| INTERNATIONAL SURETIES LTD. | 2300-000 | N/A | 57.33 | 57.33 | 57.33 |
| INTERNATIONAL SURETIES LTD. | 2300-000 | N/A | 56.04 | 56.04 | 56.04 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $29,667.62 | $29,667.62 | $29,667.62 |

### EXHIBIT 5 −PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| N/A | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

### EXHIBIT 6 −PRIORITY UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|

**UST Form 101-7-TDR (4/1/2009)**

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| N/A | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | $0.00 | $0.00 | $0.00 | $0.00 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Avondale Roofing, Inc. | 7100-000 | unknown | 153,942.00 | 153,942.00 | 16,393.02 |
| eCAST Settlement Corporation | 7100-000 | 16,998.89 | 17,188.51 | 17,188.51 | 1,830.38 |
| eCAST Settlement Corporation | 7100-000 | 33,525.88 | 34,667.55 | 34,667.55 | 3,691.69 |
| Chase Bank USA, N.A. | 7100-000 | 20,545.15 | 20,062.19 | 20,062.19 | 2,136.39 |
| eCAST Settlement Corporation | 7100-000 | 29,452.87 | 33,206.16 | 33,206.16 | 3,536.07 |
| eCAST Settlement Corporation | 7100-000 | 8,639.03 | 8,639.03 | 8,639.03 | 919.96 |
| Target National Bank (f.k.a. Retailers National Ba | 7100-000 | 10,612.32 | 11,204.22 | 11,204.22 | 1,193.12 |
| American Express Bank, FSB | 7100-000 | 31,912.94 | 30,862.16 | 30,862.16 | 3,286.46 |
| American Express Bank, FSB | 7100-000 | 4,243.37 | 4,328.37 | 4,328.37 | 460.92 |
| American Express Travel Related Svcs Co | 7100-000 | 18,246.21 | 18,224.40 | 18,224.40 | 1,940.69 |
| Citibank USA NA | 7100-000 | 18,897.27 | 19,537.45 | 19,537.45 | 2,080.51 |
| MBNA America Bank NA | 7100-000 | 59,049.33 | 60,872.28 | 60,872.28 | 6,482.19 |
| Advanta Bank Corp. | 7100-000 | 21,795.07 | 22,123.66 | 22,123.66 | 2,355.91 |
| Citibank (South Dakota), N.A. | 7100-000 | 11,393.94 | 11,393.94 | 11,393.94 | 1,213.32 |
| Citibank (South Dakota), N.A. | 7100-000 | 21,040.97 | 21,847.70 | 21,847.70 | 2,326.52 |
| Citibank (South Dakota), N.A. | 7100-000 | 19,515.74 | 19,721.99 | 19,721.99 | 2,100.16 |
| BANK OF AMERICA | 7100-000 | 11,954.61 | N/A | 0.00 | 0.00 |
| CAPITAL ONE | 7100-000 | 14,462.51 | N/A | 0.00 | 0.00 |
| BANK OF AMERICA | 7100-000 | 6,961.54 | N/A | 0.00 | 0.00 |

**UST Form 101-7-TDR (4/1/2009)**

| | | | | | |
|---|---|---|---|---|---|
| AMERICAN EXPRESS BLUE | 7100-000 | 8,730.50 | N/A | 0.00 | 0.00 |
| CAPITAL ONE SERVICES | 7100-000 | 4,145.75 | N/A | 0.00 | 0.00 |
| CITIBANK | 7100-000 | 4,797.29 | N/A | 0.00 | 0.00 |
| US BANK | 7100-000 | 23,445.18 | N/A | 0.00 | 0.00 |
| WELLS FARGO | 7100-000 | 55,529.12 | N/A | 0.00 | 0.00 |
| CITIBUSINESS CARD | 7100-000 | 13,832.65 | N/A | 0.00 | 0.00 |
| CAPITAL ONE SERVICES | 7100-000 | 4,450.00 | N/A | 0.00 | 0.00 |
| CITIBANK | 7100-000 | 3,610.62 | N/A | 0.00 | 0.00 |
| CAPITAL ONE SERVICES | 7100-000 | 1,829.78 | N/A | 0.00 | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | $479,618.53 | $487,821.61 | $487,821.61 | $51,947.31 |

**UST Form 101-7-TDR (4/1/2009)**

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 05-45970 ABG  
**Case Name:** O'HARA, RONALD  
O'HARA, JOANNE  
**Period Ending:** 05/04/09

**Trustee:** (330290) ILENE F. GOLDSTEIN  
**Filed (f) or Converted (c):** 10/07/05 (f)  
**§341(a) Meeting Date:** 11/15/05  
**Claims Bar Date:**

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | RESIDENCE | 400,000.00 | 0.00 | | 80,000.00 | FA |
| 2 | BANK ACCOUNTS | 500.00 | 0.00 | | 0.00 | FA |
| 3 | HOUSEHOLD GOODS AND FURNISHINGS | 1,800.00 | 0.00 | | 0.00 | FA |
| 4 | WEARING APPAREL AND JEWELRY | 500.00 | 300.00 | | 0.00 | FA |
| 5 | INTERESTS IN INSURANCE POLICIES | 0.00 | 0.00 | | 0.00 | FA |
| 6 | INTERESTS IN INSURANCE POLICIES: AVONDALE | 12,500.00 | 0.00 | | 0.00 | FA |
| 7 | INTERESTS IN INSURANCE POLICIES: PRINCIPAL FINAN | 0.00 | 0.00 | | 0.00 | FA |
| 8 | PENSION PLANS AND PROFIT SHARING: VRANAS | 91,872.81 | 0.00 | | 0.00 | FA |
| 9 | STOCK AND BUSINESS INTERESTS: 51% AVONDALE ROOF | 0.00 | 0.00 | | 0.00 | FA |
| 10 | SOCIAL SECURITY MONTHLY INCOME | Unknown | Unknown | | 0.00 | FA |
| Int | INTEREST (u) | Unknown | N/A | | 1,614.93 | FA |
| 11 | Assets Totals (Excluding unknown values) | **$507,172.81** | **$300.00** | | **$81,614.93** | **$0.00** |

**Major Activities Affecting Case Closing:**

STATUS: THE TRUSTEE HAS APPEARED AT THE FINAL MEETING OF CREDITORS AND THE COURT HAS APPROVED THE COMPENSATION ORDERS.
THE TRUSTEE IS AWAITING APPROVAL ON THE DISTRIBUTION REPORT AND WILL DO HER FINAL DISTRIBUTION.

**Initial Projected Date Of Final Report (TFR):** March 31, 2008  **Current Projected Date Of Final Report (TFR):** November 20, 2008 (Actual)

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

**Case Number:** 05-45970 ABG  
**Case Name:** O'HARA, RONALD  
O'HARA, JOANNE  
**Taxpayer ID #:** 13-7513790  
**Period Ending:** 05/04/09

**Trustee:** ILENE F. GOLDSTEIN (330290)  
**Bank Name:** JPMORGAN CHASE BANK, N.A.  
**Account:** ***-*****67-19 - Time Deposit Account  
**Blanket Bond:** $3,000,000.00   (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Time Deposit<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 04/18/06 |  | FUNDING ACCOUNT: ********6765 |  | 9999-000 | 66,251.60 |  | 66,251.60 |
| 04/28/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  1.3500% | 1270-000 | 31.86 |  | 66,283.46 |
| 05/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  1.3500% | 1270-000 | 76.04 |  | 66,359.50 |
| 06/30/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  1.3500% | 1270-000 | 73.67 |  | 66,433.17 |
| 07/18/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  1.4000% | 1270-000 | 41.79 |  | 66,474.96 |
| 07/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest Earned | 1270-000 | 35.61 |  | 66,510.57 |
| 08/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  1.4000% | 1270-000 | 79.13 |  | 66,589.70 |
| 09/29/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  1.4000% | 1270-000 | 74.11 |  | 66,663.81 |
| 10/17/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  1.4000% | 1270-000 | 43.48 |  | 66,707.29 |
| 01/16/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  1.4000% | 1270-000 | 233.24 |  | 66,940.53 |
| 03/19/07 | Int | JPMORGAN CHASE BANK, N.A. | TDA Closeout  - Interest Earned | 1270-000 | 149.12 |  | 67,089.65 |
| 03/19/07 |  | Transfer to MMA - TDA Closeout debit | Transfer to MMA - TDA Closeout debit | 9999-000 |  | 67,089.65 | 0.00 |
|  |  | **ACCOUNT TOTALS** |  |  | 67,089.65 | 67,089.65 | $0.00 |
|  |  | Less: Bank Transfers |  |  | 66,251.60 | 67,089.65 |  |
|  |  | **Subtotal** |  |  | **838.05** | **0.00** |  |
|  |  | Less: Payments to Debtors |  |  |  | 0.00 |  |
|  |  | **NET Receipts / Disbursements** |  |  | **$838.05** | **$0.00** |  |

{} Asset reference(s)

Printed: 05/04/2009 12:32 PM     V.11.14

Exhibit 9

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

**Case Number:** 05-45970 ABG  
**Case Name:** O'HARA, RONALD  
O'HARA, JOANNE  
**Taxpayer ID #:** 13-7513790  
**Period Ending:** 05/04/09

**Trustee:** ILENE F. GOLDSTEIN (330290)  
**Bank Name:** JPMORGAN CHASE BANK, N.A.  
**Account:** ***-*****67-20 - Time Deposit Account  
**Blanket Bond:** $3,000,000.00 (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Time Deposit<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 06/19/07 |  | FUNDING ACCOUNT: ********6765 |  | 9999-000 | 67,000.00 |  | 67,000.00 |
| 07/19/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 1.2100% | 1270-000 | 66.66 |  | 67,066.66 |
| 08/20/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 1.2100% | 1270-000 | 66.74 |  | 67,133.40 |
| 09/17/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 1.2100% | 1270-000 | 69.63 |  | 67,203.03 |
| 09/19/07 |  | Chase | Transfer | 9999-000 |  | 2,000.00 | 65,203.03 |
| 10/17/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 1.2100% | 1270-000 | 67.85 |  | 65,270.88 |
| 11/16/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 1.2100% | 1270-000 | 66.80 |  | 65,337.68 |
| 12/17/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 1.2100% | 1270-000 | 67.81 |  | 65,405.49 |
| 01/15/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 1.0800% | 1270-000 | 61.58 |  | 65,467.07 |
| 02/14/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 1.0800% | 1270-000 | 57.71 |  | 65,524.78 |
| 03/17/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 1.0800% | 1270-000 | 57.59 |  | 65,582.37 |
| 03/18/08 |  | To Account #********6765 | Close CD | 9999-000 |  | 65,582.37 | 0.00 |
|  |  | **ACCOUNT TOTALS** |  |  | 67,582.37 | 67,582.37 | $0.00 |
|  |  | Less: Bank Transfers |  |  | 67,000.00 | 67,582.37 |  |
|  |  | **Subtotal** |  |  | **582.37** | **0.00** |  |
|  |  | Less: Payments to Debtors |  |  |  | 0.00 |  |
|  |  | **NET Receipts / Disbursements** |  |  | **$582.37** | **$0.00** |  |

{} Asset reference(s)                                                                                                       Printed: 05/04/2009 12:32 PM    V.11.14

Exhibit 9

# FORM 2

Page: 3

## Cash Receipts And Disbursements Record

**Case Number:** 05-45970 ABG  
**Case Name:** O'HARA, RONALD  
O'HARA, JOANNE  
**Taxpayer ID #:** 13-7513790  
**Period Ending:** 05/04/09  

**Trustee:** ILENE F. GOLDSTEIN (330290)  
**Bank Name:** JPMORGAN CHASE BANK, N.A.  
**Account:** \*\*\*-\*\*\*\*\*67-65 - Money Market Account  
**Blanket Bond:** $3,000,000.00   (per case limit)  
**Separate Bond:** N/A  

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Money Market Account Balance |
| 04/07/06 | {1} | Les Ohara | SALE OF REAL ESTATE | 1110-000 | 80,000.00 | | 80,000.00 |
| 04/18/06 | | ACCOUNT FUNDED: \*\*\*\*\*\*\*\*6719 | | 9999-000 | | 66,251.60 | 13,748.40 |
| 04/18/06 | 1001 | LAW OFFICES OF ILENE F. GOLDSTEIN, CHARTERED | FEES | 3110-000 | | 13,600.00 | 148.40 |
| 04/18/06 | 1002 | LAW OFFICES OF ILENE F. GOLDSTEIN, CHARTERED | EXPENSES | 3120-000 | | 148.40 | 0.00 |
| 04/28/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 10.82 | | 10.82 |
| 05/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 0.01 | | 10.83 |
| 06/30/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 0.01 | | 10.84 |
| 07/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest Earned | 1270-000 | 0.01 | | 10.85 |
| 08/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 0.01 | | 10.86 |
| 03/19/07 | | Transfer from TDA | Transfer from TDA | 9999-000 | 67,089.65 | | 67,100.51 |
| 03/20/07 | 1003 | INTERNATIONAL SURETIES LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 12/31/2006 FOR CASE #05-45970 | 2300-000 | | 57.33 | 67,043.18 |
| 03/30/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 14.33 | | 67,057.51 |
| 04/30/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 37.00 | | 67,094.51 |
| 05/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 37.02 | | 67,131.53 |
| 06/19/07 | | ACCOUNT FUNDED: \*\*\*\*\*\*\*\*6720 | | 9999-000 | | 67,000.00 | 131.53 |
| 06/29/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 21.53 | | 153.06 |
| 07/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 0.08 | | 153.14 |
| 08/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 0.08 | | 153.22 |
| 09/19/07 | | Chase | Transfer | 9999-000 | 2,000.00 | | 2,153.22 |
| 09/28/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 0.43 | | 2,153.65 |
| 10/03/07 | 1004 | Jodi E. Gimbel,P.C. | FEES | 3420-000 | | 1,865.90 | 287.75 |
| 10/03/07 | 1005 | Jodi E. Gimbel,P.C. | EXPENSES | 3420-000 | | 76.85 | 210.90 |
| 10/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 0.46 | | 211.36 |
| 11/30/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6000% | 1270-000 | 0.10 | | 211.46 |
| 12/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6000% | 1270-000 | 0.10 | | 211.56 |
| 01/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.3000% | 1270-000 | 0.09 | | 211.65 |
| 02/12/08 | 1006 | INTERNATIONAL SURETIES LTD. | BOND PREMIUM PAYMENT ON BANK BALANCE AS OF 12/31/2007 FOR CASE #05-45970, Bond payment | 2300-000 | | 56.04 | 155.61 |
| 02/29/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.2500% | 1270-000 | 0.04 | | 155.65 |
| 03/18/08 | | From Account #\*\*\*\*\*\*\*\*6720 | Close CD | 9999-000 | 65,582.37 | | 65,738.02 |
| 03/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1700% | 1270-000 | 4.13 | | 65,742.15 |
| 04/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1700% | 1270-000 | 9.17 | | 65,751.32 |

Subtotals :   $214,807.44   $149,056.12

{} Asset reference(s)

Printed: 05/04/2009 12:32 PM    V.11.14

Exhibit 9

# Form 2

Page: 4

## Cash Receipts And Disbursements Record

| **Case Number:** | 05-45970 ABG | | **Trustee:** | ILENE F. GOLDSTEIN (330290) |
|---|---|---|---|---|
| **Case Name:** | O'HARA, RONALD | | **Bank Name:** | JPMORGAN CHASE BANK, N.A. |
| | O'HARA, JOANNE | | **Account:** | ***-*****67-65 - Money Market Account |
| **Taxpayer ID #:** | 13-7513790 | | **Blanket Bond:** | $3,000,000.00  (per case limit) |
| **Period Ending:** | 05/04/09 | | **Separate Bond:** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Money Market Account Balance |
| 05/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 8.23 | | 65,759.55 |
| 06/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 8.35 | | 65,767.90 |
| 07/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 8.35 | | 65,776.25 |
| 08/29/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 7.82 | | 65,784.07 |
| 09/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 8.63 | | 65,792.70 |
| 10/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1200% | 1270-000 | 7.17 | | 65,799.87 |
| 11/28/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1000% | 1270-000 | 5.17 | | 65,805.04 |
| 12/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 4.66 | | 65,809.70 |
| 01/09/09 | Int | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is 0.0050% | 1270-000 | 0.71 | | 65,810.41 |
| 01/09/09 | | To Account #********6766 | TRANSFER TO CHECKING | 9999-000 | | 65,810.41 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 214,866.53 | 214,866.53 | $0.00 |
| | | | Less: Bank Transfers | | 134,672.02 | 199,062.01 | |
| | | | **Subtotal** | | 80,194.51 | 15,804.52 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$80,194.51** | **$15,804.52** | |

{} Asset reference(s)   Printed: 05/04/2009 12:32 PM   V.11.14

Exhibit 9

# FORM 2

Page: 5

## Cash Receipts And Disbursements Record

**Case Number:** 05-45970 ABG  
**Case Name:** O'HARA, RONALD  
O'HARA, JOANNE  
**Taxpayer ID #:** 13-7513790  
**Period Ending:** 05/04/09  

**Trustee:** ILENE F. GOLDSTEIN (330290)  
**Bank Name:** JPMORGAN CHASE BANK, N.A.  
**Account:** ***-*****67-66 - Checking Account  
**Blanket Bond:** $3,000,000.00   (per case limit)  
**Separate Bond:** N/A  

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 01/09/09 | | From Account #********6765 | TRANSFER TO CHECKING | 9999-000 | 65,810.41 | | 65,810.41 |
| 01/14/09 | 101 | ILENE F. GOLDSTEIN | Dividend paid 100.00% on $7,329.86, Trustee Compensation; Reference: | 2100-000 | | 7,329.86 | 58,480.55 |
| 01/14/09 | 102 | LAW OFFICES OF ILENE F. GOLDSTEIN, CHARTERED | Dividend paid 100.00% on $19,999.50, Attorney for Trustee Fees (Trustee Firm); Reference: | 3110-000 | | 6,399.50 | 52,081.05 |
| 01/14/09 | 103 | LAW OFFICES OF ILENE F. GOLDSTEIN, CHARTERED | Dividend paid 100.00% on $240.54, Attorney for Trustee Expenses (Trustee Firm); Reference: | 3120-000 | | 92.14 | 51,988.91 |
| 01/14/09 | 104 | Jodi E. Gimbel,P.C. | Dividend paid 100.00% on $1,907.50, Accountant for Trustee Expenses (Other Firm); Reference: | 3420-000 | | 41.60 | 51,947.31 |
| 01/14/09 | 105 | Avondale Roofing, Inc. | Dividend paid 10.64% on $153,942.00; Claim# 2; Filed: $153,942.00; Reference: | 7100-000 | | 16,393.02 | 35,554.29 |
| 01/14/09 | 106 | eCAST Settlement Corporation | Dividend paid 10.64% on $17,188.51; Claim# 3; Filed: $17,188.51; Reference: | 7100-000 | | 1,830.38 | 33,723.91 |
| 01/14/09 | 107 | eCAST Settlement Corporation | Dividend paid 10.64% on $34,667.55; Claim# 4; Filed: $34,667.55; Reference: | 7100-000 | | 3,691.69 | 30,032.22 |
| 01/14/09 | 108 | Chase Bank USA, N.A. | Dividend paid 10.64% on $20,062.19; Claim# 5; Filed: $20,062.19; Reference: | 7100-000 | | 2,136.39 | 27,895.83 |
| 01/14/09 | 109 | eCAST Settlement Corporation | Dividend paid 10.64% on $33,206.16; Claim# 6; Filed: $33,206.16; Reference: | 7100-000 | | 3,536.07 | 24,359.76 |
| 01/14/09 | 110 | eCAST Settlement Corporation | Dividend paid 10.64% on $8,639.03; Claim# 7; Filed: $8,639.03; Reference: | 7100-000 | | 919.96 | 23,439.80 |
| 01/14/09 | 111 | Target National Bank (f.k.a. Retailers National Ba | Dividend paid 10.64% on $11,204.22; Claim# 8; Filed: $11,204.22; Reference: | 7100-000 | | 1,193.12 | 22,246.68 |
| 01/14/09 | 112 | American Express Bank, FSB | Dividend paid 10.64% on $30,862.16; Claim# 9; Filed: $30,862.16; Reference: | 7100-000 | | 3,286.46 | 18,960.22 |
| 01/14/09 | 113 | American Express Bank, FSB | Dividend paid 10.64% on $4,328.37; Claim# 10; Filed: $4,328.37; Reference: | 7100-000 | | 460.92 | 18,499.30 |
| 01/14/09 | 114 | American Express Travel Related Svcs Co | Dividend paid 10.64% on $18,224.40; Claim# 11; Filed: $18,224.40; Reference: | 7100-000 | | 1,940.69 | 16,558.61 |
| 01/14/09 | 115 | Citibank USA NA | Dividend paid 10.64% on $19,537.45; Claim# 12; Filed: $19,537.45; Reference: | 7100-000 | | 2,080.51 | 14,478.10 |
| 01/14/09 | 116 | MBNA America Bank NA | Dividend paid 10.64% on $60,872.28; Claim# 13; Filed: $60,872.28; Reference: | 7100-000 | | 6,482.19 | 7,995.91 |
| 01/14/09 | 117 | Advanta Bank Corp. | Dividend paid 10.64% on $22,123.66; Claim# 14; Filed: $22,123.66; Reference: | 7100-000 | | 2,355.91 | 5,640.00 |
| 01/14/09 | 118 | Citibank (South Dakota), N.A. | Dividend paid 10.64% on $11,393.94; Claim# | 7100-000 | | 1,213.32 | 4,426.68 |

Subtotals :   $65,810.41   $61,383.73

{} Asset reference(s)   Printed: 05/04/2009 12:32 PM   V.11.14

Exhibit 9

# Form 2

Page: 6

## Cash Receipts And Disbursements Record

**Case Number:** 05-45970 ABG  
**Case Name:** O'HARA, RONALD  
O'HARA, JOANNE  
**Taxpayer ID #:** 13-7513790  
**Period Ending:** 05/04/09

**Trustee:** ILENE F. GOLDSTEIN (330290)  
**Bank Name:** JPMORGAN CHASE BANK, N.A.  
**Account:** \*\*\*-\*\*\*\*\*67-66 - Checking Account  
**Blanket Bond:** $3,000,000.00 (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | 15; Filed: $11,393.94; Reference: | | | | |
| 01/14/09 | 119 | Citibank (South Dakota), N.A. | Dividend paid 10.64% on $21,847.70; Claim# 16; Filed: $21,847.70; Reference: | 7100-000 | | 2,326.52 | 2,100.16 |
| 01/14/09 | 120 | Citibank (South Dakota), N.A. | Dividend paid 10.64% on $19,721.99; Claim# 17; Filed: $19,721.99; Reference: | 7100-000 | | 2,100.16 | 0.00 |

|  |  |  |
|---|---:|---:|
| **ACCOUNT TOTALS** | 65,810.41 | 65,810.41 |
| Less: Bank Transfers | 65,810.41 | 0.00 |
| **Subtotal** | 0.00 | 65,810.41 |
| Less: Payments to Debtors | | 0.00 |
| **NET Receipts / Disbursements** | **$0.00** | **$65,810.41** |

Account Balance: $0.00

Net Receipts : 81,614.93  
_____  
Net Estate : $81,614.93

| TOTAL - ALL ACCOUNTS | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---:|---:|---:|
| CD # \*\*\*-\*\*\*\*\*67-19 | 838.05 | 0.00 | 0.00 |
| CD # \*\*\*-\*\*\*\*\*67-20 | 582.37 | 0.00 | 0.00 |
| MMA # \*\*\*-\*\*\*\*\*67-65 | 80,194.51 | 15,804.52 | 0.00 |
| Checking # \*\*\*-\*\*\*\*\*67-66 | 0.00 | 65,810.41 | 0.00 |
| | **$81,614.93** | **$81,614.93** | **$0.00** |

{} Asset reference(s)

Printed: 05/04/2009 12:32 PM    V.11.14